1  JENNER & BLOCK LLP
   Kenneth K. Lee (Cal. Bar No. 264296)
2  klee@jenner.com
   L. David Russell (Cal. Bar No. 260043)
3  drussell@jenner.com
4  633 West 5th Street, Suite 3600
   Los Angeles, CA 90071
5  Telephone:   (213) 239-5172
   Facsimile:    (213) 239-5182
6
7  Dean N. Panos (*pro hac vice* application pending)
   dpanos@jenner.com
8  353 N. Clark Street
   Chicago, IL 60654
9  Telephone:   (312) 222-9350
   Facsimile:    (312) 840-7765
10
   Attorneys for Defendant
11 Mondelēz International Inc.,
   d/b/a/ Nabisco
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MANCHOUCK, as an individual, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MONDELĒZ INTERNATIONAL INC., d/b/a NABISCO, <br><br> Defendant. | No. 3:13-cv-02148-WHA <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE** <br><br> CMC Date:  August 22, 2013 <br> Time:  11:00 a.m. <br> Judge:  Honorable William Alsup <br> Action Filed:  May 9, 2013 <br> Am. Complaint Filed: August 2, 2013 |

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

1  WHEREAS, the Court has scheduled a Case Management Conference for August 22, 2013, at 11:00 a.m. and has required the parties to submit a joint case management conference on or before August 15, 2013 (Dkt. No. 11);

WHEREAS, Plaintiff filed an amended complaint on August 2, 2012 pursuant to Federal Rule of Civil Procedure 15;

WHEREAS, Defendant intends to file a motion to dismiss the amended complaint on August 16, 2013 and intends to notice September 26, 2013 as the hearing date for the motion to dismiss;

WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management Conference closer to the hearing date for the Defendant's motion to dismiss the plaintiff's amended complaint, and the change in date would minimize travel for out-of-town counsel;

ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the Court's approval, that the Case Management Conference will be continued to September 26, 2013 at September 26, 2013, 2013 at 11:00 a.m., with the joint case management conference due September 17, 2013, or another date of the Court's choosing.

A proposed Order is attached hereto.

1 | Dated:  August 12, 2013                              JENNER & BLOCK LLP

By: /s/ Kenneth K. Lee
    Kenneth K. Lee
    Attorneys for Defendant Mondelēz
    International Inc., d/b/a/ Nabisco

Dated:  August 12, 2013                              THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.

By: /s/ Benjamin M. Lopatin
    Benjamin M. Lopatin
    Attorneys for Plaintiff Monique Manchouk

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.
THERE WILL BE NO FURTHER CONTINUANCES.
3

4 DATED: __August 13, 2013.__                  _____

5                                                           Honorable William Alsup

6                                                           United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

<u>SIGNATURE ATTESTATION</u>

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 12, 2013　　　　　　　　　　JENNER & BLOCK LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Kenneth K. Lee
　　　　　　　　　　　　　　　　　　　　　　　Kenneth K. Lee

　　　　　　　　　　　　　　　　　　　　Kenneth K. Lee (State Bar. No. 264296)
　　　　　　　　　　　　　　　　　　　　KLee@jenner.com
　　　　　　　　　　　　　　　　　　　　633 West 5th Street
　　　　　　　　　　　　　　　　　　　　Suite 3600
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　Tel (213) 239-5152
　　　　　　　　　　　　　　　　　　　　Fax (213) 239-5162