JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
L. David Russell (Cal. Bar No. 260043)
drussell@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-5172
Facsimile:   (213)  239-5182

Dean N. Panos (*pro hac vice* application pending)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Telephone:    (312) 222-9350
Facsimile:     (312) 840-7765

Attorneys for Defendant
Mondelēz International Inc.,
d/b/a/ Nabisco

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MANCHOUCK, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELĒZ  INTERNATIONAL INC., d/b/a NABISCO,<br><br>Defendant. | No. 3:13-cv-02148-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE**<br><br>CMC Date:         August 22, 2013<br><br>Time:                 11:00 a.m.<br><br>Judge:                Honorable William Alsup<br><br>Action Filed:      May 9, 2013<br><br>Am. Complaint Filed: August 2, 2013 |

1   WHEREAS, the Court has scheduled a Case Management Conference for August 22, 2013, at
2   11:00 a.m. and has required the parties to submit a joint case management conference on or before
3   August 15, 2013 (Dkt. No. 11);
4   WHEREAS, Plaintiff filed an amended complaint on August 2, 2012 pursuant to Federal Rule of
5   Civil Procedure 15;
6   WHEREAS, Defendant intends to file a motion to dismiss the amended complaint on August 16,
7   2013 and intends to notice September 26, 2013 as the hearing date for the motion to dismiss;
8   WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management
9   Conference closer to the hearing date for the Defendant's motion to dismiss the plaintiff's amended
10  complaint, and the change in date would minimize travel for out-of-town counsel;
11  ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the
12  Court's approval, that the Case Management Conference will be continued to September 26, 2013 at
13  September 26, 2013, 2013 at 11:00 a.m., with the joint case management conference due September 17,
14  2013, or another date of the Court's choosing.
15  A proposed Order is attached hereto.

1  Dated: August 12, 2013                    JENNER & BLOCK LLP

2
                                             By: /s/ Kenneth K. Lee
3                                                Kenneth K. Lee
                                                 Attorneys for Defendant Mondelēz
4                                                International Inc., d/b/a/ Nabisco

5

6

7  Dated: August 12, 2013                    THE LAW OFFICES OF HOWARD W.
                                             RUBINSTEIN, P.A.
8

9                                            By: /s/ Benjamin M. Lopatin
                                                 Benjamin M. Lopatin
10                                               Attorneys for Plaintiff Monique Manchouk

1  **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   THERE WILL BE NO FURTHER CONTINUANCES.

4   DATED:  August 13, 2013.                          _____

5                                                    Honorable William Alsup

6                                                    United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

---

3

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

<u>SIGNATURE ATTESTATION</u>

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 12, 2013                    JENNER & BLOCK LLP

By: /s/ Kenneth K. Lee
    Kenneth K. Lee

Kenneth K. Lee (State Bar. No. 264296)
KLee@jenner.com
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel (213) 239-5152
Fax (213) 239-5162