IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONIQUE MANCHOUCK, as an individual, and on behalf of all others similarly situated,

    Plaintiff,

  v.

MONDELĒZ INTERNATIONAL INC., a/b/a NABISCO,

    Defendant.

No. C 13-02148 WHA

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNTIMELY RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

    Plaintiff has moved for leave to file an untimely response in opposition to defendant's motion to dismiss the first amended compliant. On August 2, 2013, plaintiff filed a first amended complaint (Dkt. 17). On August 16, 2013, defendant filed a motion to dismiss the first amended complaint (Dkt. 24). The Court set August 30, 2013, as plaintiff's deadline to respond to defendant's motion to dismiss. No response was filed.

    On September 17, 2013, plaintiff filed a motion for leave to file an untimely response in opposition to defendant's motion to dismiss (Dkt. 27). Plaintiff claims that a clerical error was to blame for the failure to timely file. After considering plaintiff's motion, the court grants leave to file a response by **WEDNESDAY, SEPTEMBER 18, 2013, AT 5 P.M.**

Defendant's reply is due by **MONDAY, SEPTEMBER 23, 2013, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 18, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE