Benjamin M. Lopatin, Esq.
Cal. Bar No.: 281730
*lopatin@hwrlawoffice.com*
**THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.**
One Embarcadero Center, Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)

Attorney for Plaintiff, MONIQUE MANCHOUCK
and the Proposed Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MONIQUE MANCHOUCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>MONDELEZ INTERNATIONAL, INC., an Illinois corporation d/b/a NABISCO,<br><br>Defendant/Appellee. | CASE NO.:  3:13-cv-2148-WHA<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that, Plaintiff, MONIQUE MANCHOUCK, individually and on behalf of all others similarly situated, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the Order Granting Defendant's Motion to Dismiss—which dismissed Plaintiff's case without leave to amend—entered in this action on the 26th day of September, 2013 [DE 31].

**Respectfully Submitted**

**Dated:  October 8, 2013**      By:   /s/  Benjamin M. Lopatin
                                         Benjamin M. Lopatin, Esq.
                                         Cal. Bar No.: 281730

*lopatin@hwrlawoffice.com*
**THE LAW OFFICES OF**
**HOWARD W. RUBINSTEIN, P.A.**
One Embarcadero Center, Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)

*Attorney for Plaintiff MONIQUE MANCHOUCK and the Proposed Class*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **8th day of October, 2013**, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify under penalty of perjury under the laws of the United States of America that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   Benjamin M. Lopatin
Benjamin M. Lopatin