UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MONIQUE MANCHOUCK, as an individual, and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>MONDELEZ INTERNATIONAL, INC., an Illinois corporation, DBA Nabisco,<br><br>        Defendant - Appellee. | No. 13-17029<br><br>D.C. No. 3:13-cv-02148-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered May 18, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                  FOR THE COURT:
                                  Molly C. Dwyer
                                  Clerk of Court

                                  Synitha Walker
                                  Deputy Clerk